■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a. VIRGINIA EHRLICH, Admitted on May 2, 1988, at a Term of the Appellate Division, First Department. [784 NYS2d 851]—Respondent reinstated as an attorney and counselor-at-law

in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 240 AD2d 106 (1998).]